# UNITED STATES DISTRICT COURT

for the
District of Idaho

| | |
|---|---|
| **ABC IP, LLC and Rare Breed Triggers, Inc.** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 1:26-cv-00001-AKB |
| | ) |
| | ) |
| **Cloak Industries Inc., and William C. King Jr.** | ) |
| | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Maricruz Rodriguez, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Cloak Industries, Inc in Canyon County, ID on January 8, 2026 at 3:32 pm at 3606 E Comstock Ave, Nampa, ID 83687-6800 by leaving the following documents with Mary K. (refused last name) who as Receptionist is authorized by appointment or by law to receive service of process for Cloak Industries, Inc.

COMPLAINT FOR PATENT INFRINGEMENT
SUMMONS IN A CIVIL ACTION
Race: White, Sex: Female, Est. Age: 55-64, Hair: Gray, Glasses: Y, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=43.594207715,-116.5271329334
Photograph: See Exhibit 1

Total Cost: $194.80

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

___Sacramento County_____,

___CA___ on ___1/8/2026_____.

/s/ *Maricruz Rodriguez*
_____

Signature
Maricruz Rodriguez
+1 (916) 601-4824



Exhibit 1a)