# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| **ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation** | ) |
| | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | )  Civil Action No. 1:26-cv-00001-AKB |
| | ) |
| | ) |
| **Cloak Industries, Inc., an Idaho corporation, and William C. King Jr., an individual** | ) |
| | ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Maricruz Rodriguez, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to William C. King Jr. in Canyon County, ID on January 8, 2026 at 3:33 pm at 3606 E Comstock Ave, Nampa, ID 83687-6800 by workplace substituted service by leaving the documents at the usual workplace of William C. King Jr. with Mary K (refused last name) who is the Intake Specialist for William C. King Jr..

COMPLAINT FOR PATENT INFRINGEMENT
SUMMONS IN A CIVIL ACTION

Race: White, Sex: Female, Est. Age: 55-64, Hair: Gray, Glasses: Y, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=43.5941983251,-116.5271404493
Photograph: See Exhibit 1

Total Cost: $194.80

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Sacramento County       ,

CA    on   1/10/2026   .

/s/ *Maricruz Rodriguez*

Signature
Maricruz Rodriguez
+1 (916) 601-4824



Exhibit 1a)